EVANS et al. v. THE STATE ex rel. BOYKIN, solicitor-general.

REID, Chief Justice. This case on the question of jurisdiction is controlled by Vines v. State, ante, 442. Accordingly, this case also is
Transferred to the Court of Appeals. All the Justices concur.
No. 14252. SEPTEMBER 15, 1942.